# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KEVIN R. HANSEN, BAR NO. 6336.

No. 77954

FILED

APR 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF DISMISSAL*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Kevin R. Hansen. Under the agreement, Hansen agreed to receive a letter of reprimand. SCR 113(4) provides that "[i]f the stated form of discipline includes neither a suspension nor disbarment, the matter shall not be submitted to the supreme court for approval." Because the agreed-upon discipline does not include either a suspension or disbarment, the tendered conditional guilty plea is not subject to this court's final approval or rejection. SCR 113(1). Accordingly, we

ORDER this matter DISMISSED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                       Hardesty

_____, J.        _____, J.
Parraguirre                     Stiglich

_____, J.        _____, J.
Cadish                          Silver

cc: Chair, Southern Nevada Disciplinary Board
Michael J. Warhola, LLC
Bar Counsel, State Bar of Nevada
Executive Director, State Bar of Nevada